IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. |
| | : | |
| vs. | : | |
| | : | |
| LEONARD PEARSON RIDGE | : | 21-900-M |

FINDINGS AND ORDER OF REMOVAL

AND NOW, this 21st day of May 2021, upon application of the United States, the defendant having waived an identity hearing, it is hereby,

ORDERED

that the defendant, LEONARD PEARSON RIDGE in the above-captioned case be removed to the District of Columbia, and the Clerk of Court transmit the original record to said District.

BY THE COURT

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE

E-Mailed: 5-21-21
M. Rotella, AUSA
A. Halim, Esq.
U.S. Marshal
U.S. Pretrial Services